UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILIPPE DJEGAL,<br><br>             Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No. 16-CV-00548-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant Experian Information Solutions' Attorney: Katherine Neben
Defendant Kimball, Tirey & St. John's Attorney: Thomas Landers
Defendant Southern California Edison Company's Attorney: Rebecca Green
Defendant Wells Fargo's Attorney: Courtney Wenrick

    An initial case management conference was held on May 11, 2016.  A further case management conference is set for August 31, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by August 24, 2016.

    The parties shall file their stipulations of dismissal as to Defendant Equifax by May 25, 2016.  The parties shall file their stipulation of dismissal as to Defendants Experian Information Solutions and Kimball, Tirey & St. John by June 8, 2016.

    The Court set the following case schedule:

1

Case No. 16-CV-00548-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | June 15, 2016 |
| Last Day to Amend the Pleadings/Add Parties | June 15, 2016 |
| Close of Fact Discovery | December 15, 2016 |
| Opening Expert Reports | December 29, 2016 |
| Rebuttal Expert Reports | January 12, 2017 |
| Close of Expert Discovery | January 26, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 9, 2017 |
| Hearing on Dispositive Motions | March 23, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 11, 2017, at 1:30 p.m. |
| Jury Trial | May 30, 2017, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated:  May 11, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00548-LHK
CASE MANAGEMENT ORDER